Dear Mr Walsh

RECEIVED
JUN - 8 2017
AT 8:30_____M
WILLIAM T. WALSH CLERK

Please be Advised that As of 6-5-2017, I have Been Relocated To

South Woods State Prison
215 Burlington Rd S.
Bridgeton, NJ 08302

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Curtis Campbell
(Enter above the full name of the plaintiff in this action)

v.

Administrator Nelson,

Northern State Prison

_____

N J D.O.C

_____

(Enter above the full name of the defendant or defendants in this action)

: COMPLAINT
:
:
: Civil Action No. _____
: (To be supplied by the Clerk of the Court)
:
:
:
: RECEIVED
:
: JUN - 8 2017
:
: AT 8:30_____ M
: WILLIAM T. WALSH CLERK
:

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $350.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

6. If you cannot prepay the $350.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. § 1915. **(If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)**

7. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

   __X__  42 U.S.C. § 1983 (applies to state prisoners)

   _____  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

1b. Indicate whether you are a prisoner or other confined person as follows:

   _____ Pretrial detainee
   _____ Civilly-committed detainee
   _____ Immigration detainee
   __X__ Convicted and sentenced state prisoner
   _____ Convicted and sentenced federal prisoner
   _____ Other: (please explain) _____.

2. Previously Dismissed Federal Civil Actions or Appeals

   If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

2

# FORM TO BE USED BY A PRISONER IN FILING A
# CIVIL RIGHTS COMPLAINT

   a.   Parties to previous lawsuit:

       Plaintiff(s): _____

       Defendant(s): _____

   b.   Court and docket number: _____

   a.   Grounds for dismissal: ( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted

   d.   Approximate date of filing lawsuit: _N/A_

   e.   Approximate date of disposition: _N/A_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? _As of 6-5-2017 South Wood State Prison_

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   a. Name of plaintiff: _CURTIS CAMPBELL_

      Address: _South Wood State Prison_
      _215 Burlington Rd S. Bridgeton, NJ 08302_
      Inmate #: _1076418_

   b. First defendant – name: _NELSON_

      Official position: _Administrator_

      Place of employment: _Northern State Prison_

3

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Neglected & Refused To Provide ADA Compliant Access To my Bunk as I am legally Blind Further denied me medical treatment when I injured my foot Accessing my Bunk

c. Second defendant -- name: Department of Corrections

Official position: _____

Place of employment: _____

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Repeat Above

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

____ Yes   ✗ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

If your answer is "No," briefly explain why administrative remedies were not exhausted.

As I am sight impaired, I could not find help to seek info

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On May 4, 2016, The State of NJ, After Completing an Eye Exam, It was determined I was legally blind.

On March 4, 2016 I had injured my right foot while attempting to access my bunk. I had on several occasions Had Asked for a lower bunk, but was denied and met with verbal abuse.

My foot was injured to the point it was bleeding profusely and I could not stop it. After 2 days I was finally granted medical treatment (after being denied for 2 days)

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Pro-Bono Counsel as I am legally Blind and am Ignorant to Civil & Criminal law

Investigators to Examine my situation

$1,500,000 ⁑

8. Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial          ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1st_ day of _JUNE_, ~~200~~ 2017.

_____
Signature of plaintiff

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.