UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2064
NEWARK, NJ 07101
973-645-3827

July 11, 2017

## LETTER ORDER/OPINION

Re: D.E. 2, Application for Appointment of Pro Bono Counsel

**Campbell v. Nelson et al**
**Civil Action No. 17-cv-4183 (ES)(SCM)**

Dear Litigants:

This matter comes before the Court upon review of Plaintiff, Curtis Campbell's ("Mr. Campbell") Application for Appointment of *Pro Bono* Counsel.[1] The application shall be administratively terminated pending the Court's *sua sponte* screening of the Complaint.[2] Once the screening is completed, and if the Court permits the Complaint to proceed, Mr. Campbell may then file a letter requesting that his application to appoint counsel be reconsidered.

**SO ORDERED.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

7/11/2017 5:12:36 PM

c (via ECF):
All Counsel

c (via U.S. Mail R.R.R.):
Curtis Campbell, #1076418
South Woods State Prison
215 Burlington Rd. S
Bridgeton, NJ 08302

---

[1] (ECF Docket Entry No. ("D.E.") 2).

[2] *See* D.E. 3.

1